HATHAWAY, J.
(concurring). I fully concur with Justice CAVANAGH’s analysis and conclusion in this matter and I support overruling Kreiner v Fischer, 471 Mich 109; 683 NW2d 611 (2004). I write separately to express my thoughts on the doctrine of stare decisis. Any analysis of the impact of stare decisis must focus on the individual case and the reason for overruling precedent.[1] The reasons for overruling Kreiner are paramount to any articulated test, and the special and compelling justifications to do so are overwhelming in this case. I agree with the well-articulated reasons expressed by Justice CAVANAGH, and I fully support overruling Kreiner.

 For further discussion of my views regarding stare decisis, please see my concurring opinion in Univ of Mich Regents v Titan Ins Co, 487 Mich 289, 314; 791 NW2d 897 (2010).